# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KATHERINE REZNIK BENOIT

VERSUS

BENJAMIN PAUL BENOIT

NO.  2024 CW 0339

**JUNE 17, 2024**

---

In Re:   Katherine Reznik Benoit, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 729453.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's March 8, 2024 judgment sustaining the exceptions of res judicata and lis pendens and dismissing relator's petition is a final, appealable judgment.  See La. Code Civ. P. art. 1841; **Jenkins v. Willow Inc.**, 2016-38 (La. App. 5th Cir. 5/26/16), 353 So.3d 767, 775, writ denied, 2016-1627 (La. 11/18/16), 210 So.3d 291. Therefore, the writ is granted for the limited purpose of remanding the case to the district court with instructions to grant relator, Katherine Reznik Benoit, an appeal pursuant to the pleading that notified the district court of her intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam).  A copy of this court's order is to be included in the appellate record.

**JMG**
**PMc**
**JEW**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT